Jane C. Mariani, SBN 313666
**Law Office of Jane C. Mariani**
584 Castro Street, #687
San Francisco, CA 94114
mariani.advocacy@gmail.com
(415) 203-2453

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY J. BEIER, an individual, JOHN R. SCHOLZ, an individual, KEVIN E. BYBEE, an individual; and SALLY DILL, an individual. <br><br>on behalf of themselves and all others similarly situated; <br>                    Plaintiffs, <br>    vs. <br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, a labor organization; TEAMSTERS SFO LOCAL 856/986, a labor organization; JAMES HOFFA, in his official capacity as INTERNATIONAL BROTHERHOOD OF TEAMSTERS President and Representative; PETER FINN, in his official capacity as TEAMSTERS SFO LOCAL 856/986 Principal Officer; UNITED AIRLINES, INC., a Delaware corporation; and UNITED CONTINENTAL HOLDINGS, INC., a Delaware corporation; <br>                    Defendants. | Case No.: 3:18-cv-006632-JD <br><br> **STIPULATED REQUEST REGARDING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS; PROPOSED ORDER** <br><br><br> Date:   July 25, 2019 <br> Time:   10:00 a.m. <br> Place:  Courtroom 11, 19th Floor <br> Judge:  Hon. James Donato |

Pursuant to Northern District of California Civil Local Rule 6-2 and 7-12, all of the parties in the above-captioned matter hereby request this Court allow Plaintiffs to conform to the Court's rules their two recently filed Oppositions to Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint filed June 17, 2019 (Dkt. No. 49, 50), such that Plaintiffs be allowed to file and have this Court accept Plaintiffs' Amended Oppositions to Defendants' Motions to Dismiss attached hereto.  While Plaintiffs' original documents conform with the page limit set forth in Civil Local Rules for the Northern District of California 7-3, Plaintiffs' documents do not conform with the presiding judge's standing orders.  Accordingly, all defendants shall have until July 8, 2019 to reply to Plaintiffs' Amended Oppositions, with the presently scheduled hearing date of July 25, 2019, remaining the same.  Good cause for this stipulated request is established by the following:

1. Civil Local Rule 7-3, pursuant to Civil Local Rule 7-4(b), authorizes a memorandum in opposition to a motion up to a 25-page limit, unless the court expressly orders otherwise. Plaintiffs' counsel neither sought nor received any such authority to exceed this page limit.

2. Plaintiffs filed two responses, each response in Opposition to Motion to Dismiss filed by the separate Defendants.  Dkt. No. 49, 50.  Each was longer than 15-pages.

3. This Court's standing orders limit opposition motion papers to a maximum page limit of 15-pages.  It was an oversight by Plaintiffs' counsel in drafting and filing the papers to not so conform Plaintiffs' papers to this rule for which Plaintiffs' counsel is deeply remorseful and embarrassed.

4. Upon learning of the mistake, Plaintiffs' counsel contacted opposing counsel to so inform them of Plaintiffs' counsel's error and work to remedy the same.

5.  The parties agreed Plaintiffs' counsel will file properly conformed papers by June 21, 2019.  In recognition of the burden unintendedly placed on opposing counsel, the parties have agreed to extend the deadline for all Defendants to reply to Plaintiffs' conformed papers to July 8, 2019.  The parties wish to keep the hearing date the same, July 25, 2019, if such date is still agreeable with this Court in light of the circumstances.

6.  The parties agree no prejudice occurs by grant of this stipulation nor should this cause any undue delay.

Dated:  June 21, 2019

Respectfully submitted,

JANE C. MARIANI
Law Offices of Jane C. Mariani

By:  /s/ Jane C. Mariani
　　　JANE C. MARIANI

*Counsel for Plaintiffs Harry J. Beier, et al.*

CHRIS A. HOLLINGER
ROBERT A. SIEGEL
O'Melveny & Myers  LLP

By:  /s/ Chris A. Hollinger
　　　CHRIS A. HOLLINGER

*Counsel for Defendants United Airlines, Inc. and United Continental Holdings, Inc.*

ANDREW H. BAKER
SUSAN K. GAREA
Beeson Tayer & Bodine

By:  /s/ Susan K. Garea
　　　SUSAN K. GAREA

*Counsel for Defendants International Brotherhood of Teamsters, Teamsters Local 856, Teamsters Local 986, James Hoffa and Peter Finn*

**ORDER**

Pursuant to stipulation, and for good cause shown, the court hereby **GRANTS** the Request in accordance with the parties' stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2019          By: _____
                              THE HONORABLE JAMES DONATO
                              UNITED STATES DISTRICT JUDGE,
                              NORTHERN DISTRICT OF CALIFORNIA