UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BEIER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06632-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court is advised that Frances Ellen Beier has been appointed a conservator of Harry John Beier II, who is a named plaintiff in this action. Dkt. No. 64-1. The Court is further advised that Ms. Beier, as Mr. Beier's conservator, has declined to cooperate with Attorney Jane C. Mariani's continued representation of Mr. Beier in this case. Dkt. No. 62.

Consequently, Frances Beier is directed to show cause (1) why Attorney Mariani should not be permitted to withdraw from her representation of Harry Beier in this case; and (2) why the Court should not dismiss Harry Beier without prejudice from this case. A response should be filed by February 5, 2020.

Attorney Mariani is directed to serve this order on Frances Beier and her attorney, Alyssa Chow, and to file a proof of service confirming she has done so.

**IT IS SO ORDERED.**

Dated: January 22, 2020

JAMES DONATO
United States District Judge