UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN BYBEE, et al., | |
|---|---|
| Plaintiffs, | Case No. 18-cv-06632-JD |
| v. | **JUDGMENT** |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | |
| Defendants. | |

Pursuant to the order dismissing the second amended complaint without leave to amend, Dkt. No. 148, and Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiffs.

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
JAMES DONATO
United States District Judge